IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURTIS J. COOK, JR., also    )
known as Curtis J. Cook,     )
Jr. El,                      )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    2:14cv1081-MHT
                             )         (WO)
CHAPLAIN STEVEN SMITH,       )
                             )
    Defendant.               )
```

OPINION

Relying on 42 U.S.C. § 1983, plaintiff filed this lawsuit charging defendant with discrimination against him and other members of Islamic communities in the practice of their religion. The jurisdiction of the court has been invoked pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights). On June 21, 2016, the court issued an order requiring plaintiff to advise the court, by July 8, 2016, as to

"whether he seeks to proceed with this cause of action."  Plaintiff was informed that, "if he fail[ed] to file a response" within the time allowed, the court would "consider this as an indication that he no longer seeks to proceed with this case."  Plaintiff has failed to file a response within the time allowed.  The court will therefore dismiss his case, albeit without prejudice.

    An appropriate judgment will be entered.

    DONE, this the 14th day of July, 2016.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE