IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURTIS J. COOK, JR., also    )
known as Curtis J. Cook,     )
Jr. El,                      )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:14cv1081-MHT
                             )           (WO)
CHAPLAIN STEVEN SMITH,       )
                             )
    Defendant.               )
```

JUDGMENT

In accordance with the opinion issued this day, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed without prejudice for want of prosecution.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 14th day of July, 2016.

                                                 /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE